```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
```
| | |
|---|---|
| GUY MOLINARI, WILLIAM C. THOMPSON, JR., individually and in his official capacity as the New York Comptroller, BETSY GOTBAUM, individually and in her official capacity as Public Advocate for the City of New York, BILL DE BLASIO, individually and in his official capacity as a member of the New York City Council, LETITIA JAMES, individually and in her official capacity as a member of the New York City Council, CHARLES BARRON, individually and in his capacity as a member of the New York City Council, ROSALIE CALIENDO, PHILLIP DEPAOLO, PHILIP FOGLIA, KENT LEBSOCK, MIKE LONG, TOM LONG, SARAH LYONS, ANDREA RICH, IDA SANOFF, GLORIA SMITH, ERIC SYNDER, LUVENIA SUBER, KENNETH J. BAER, KENNETH A. DIAMONDSTONE, PETER GLEASON, MARK WINSTON GRIFFITH, ARI HOFFNUNG, STANLEY KALATHARA, ALFONSO QUIROZ, YDANIS RODRIGUEZ, JO ANNE SIMON, NEW YORK PUBLIC INTEREST RESEARCH GROUP, INC., U.S. TERMS LIMITS, and RESPONSIBLE NEW YORK, | JUDGMENT<br>08-CV- 4539 (CPS) |

Plaintiffs,

-against-

MICHAEL R. BLOOMBERG, in his official capacity as Mayor of New York City, CHRISTINE C. QUINN, in her official capacity as Speaker of the New York City Council, THE NEW YORK CITY COUNCIL, THE CITY OF NEW YORK, JAMES J. SAMPEL, in his official capacity as president of the COMMISSIONERS OF ELECTIONS FOR THE BOARD OF ELECTIONS IN NEW YORK CITY, and THE BOARD OF ELECTIONS OF NEW YORK CITY,

Defendants.
-----------------------------------------------------------------------X

A Memorandum and Order of Honorable Charles P. Sifton, United States District Judge, having been filed on January 13, 2009, granting defendants' motion for summary judgment on all claims; dismissing as moot the motions to file briefs as *amici curae* by the Partnership for the City of New York, Inc., Lenora B. Fulani, and New York City

JUDGMENT
08-CV- 4539 (CPS)

Organizations of the Independence Party; and directing the Clerk of Court to enter judgment dismissing plaintiffs' complaint; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendants' motion for summary judgment is granted on all claims; that the motions to file briefs as *amici curae* by the Partnership for New York City, Inc., Lenora B. Fulani, and New York City Organizations of the Independence Party are dismissed as moot; and that judgment is hereby entered dismissing plaintiffs' complaint.

Dated: Brooklyn, New York
January 14, 2009

ROBERT C. HEINEMANN
Clerk of Court