09-0331-cv
Thompson v. Bloomberg



EDNY/BKNY
08-cv-4539
Orenstein
Sifton

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of March, two thousand nine,

Present:   Hon. Chester J. Straub
           Hon. Rosemary S. Pooler
           Hon. Reena Raggi,
                   *Circuit Judges,*



---

William C. Thompson, et al.,

        *Plaintiffs-Appellants,*

v.                                                           09-0331-cv

Michael R. Bloomberg, et al.,

        *Defendants-Appellees.*

---

    The district court was without jurisdiction in this action until March 17, 2009, the date upon which the Department of Justice issued its determination in fulfillment of its responsibility under Section 5 of the Voting Rights Act. Accordingly, after consultation with the parties, we remand to the district court for the sole purpose of allowing it to affirm in full its prior judgment, filed January 14, 2009. Within three days of the docketing of the affirmed judgment of the district court, the parties will provide the Clerk with written notice of their intention to reassert the identical pleadings and arguments previously filed in this appeal.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

CERTIFIED:   MAR 3 0 2009