UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Guy Molinari, William C. Thompson, Jr., individually and in his official capacity as the New York City Comptroller, Betsy Gotbaum, individually and in her official capacity as Public Advocate for the City of New York, Bill de Blasio, individually and in his official capacity as a member of the New York City Council, Letitia James, individually and in her official capacity as a member of the New York City Council, Charles Barron, individually and in his capacity as a member of the New York City Council, Rosalie Caliendo, Phillip Depaolo, Philip Foglia, Kent Lebsock, Mike Long, Tom Long, Sarah Lyons, Andrea Rich, Ida Sanoff, Gloria Smith, Eric Snyder, Luvenia Suber, Kenneth J. Baer, Kenneth A. Diamondstone, Peter Gleason, Mark Winston Griffith, Ari Hoffnung, Stanley Kalathara, Alfonso Quiroz, Ydanis Rodriguez, Jo Anne Simon, New York Public Interest Research Group, Inc., U.S. Term Limits, and Responsible New York,

                          Plaintiffs,          CV-08-4539 (CPS)(JO)

   - against -

                                             ORDER

Michael R. Bloomberg, in his official capacity as Mayor of New York City, Christine C. Quinn, in her official capacity as Speaker of the New York City Council, The New York City Council, The City of New York, James J. Sampel, in his official capacity as president of the Commissioners of Elections for the Board of Elections in New York City, and Board of Elections of New York City,

                          Defendants.

----------------------------------------X
SIFTON, Senior Judge.

The motion by Jose Adames to intervene as a plaintiff in this action having been denied on January 13, 2009, the motion by Mr. Adames for a Default Judgment is denied for the reasons set forth in this Court's Orders of March 17, 2009, March 20, 2009, and April 7, 2009.

SO ORDERED.

Dated:   Brooklyn, New York
         April 22, 2009

                                        s/Hon. Charles P. Sifton
                             By: _____
                                    United States District Judge